JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD WAGNER, in individual and representative capacity as trustee of The Richard Wagner Trust; Thee VONS COMPANIES, INC., a Michigan Corporation; and Does 1-10,<br><br>    Defendant. | Case No. CV 20-00324-AB (SSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

1  This Court retains full jurisdiction over this action and this Order shall not
2  prejudice any party to this action.

Dated: June 24, 2020       _____
　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2.