1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   Theodore K. Bell (#184289)
8  THE VONS COMPANIES, INC.
   11555 Dublin Canyon Road
9  Pleasanton, CA 94588
   Telephone: (925) 226-5271
10 Facsimile: (925) 226-5098
11 Email: tad.bell@albertsons.com
   Attorneys for Defendant
12 The Vons Companies, Inc.

13             UNITED STATES DISTRICT COURT
14             CENTRAL DISTRICT OF CALIFORNIA

15 ORLANDO GARCIA,                    ) Case No.: 2:20-cv-00324-AB-SS
16         Plaintiff,                 )
   v.                                 )
17                                    ) **JOINT STIPULATION FOR**
   RICHARD WAGNER, in individual and  ) **DISMISSAL PURSUANT TO**
18 representative capacity as trustee of The ) **F.R.C.P. 41 (a)(1)(A)(ii)**
   Richard Wagner Trust; THE VONS     )
19 COMPANIES, INC., a Michigan        )
   Corporation; and Does 1-10,        )
20                                    )
           Defendants.

21      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
22 parties hereto that this action may be dismissed with prejudice as to all parties; each
23 party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
24 matter has been resolved to the satisfaction of all parties.

25
26
27
28

Joint Stipulation                    -1-                    2:20-cv-00324-AB-SS

1  Dated: October 08, 2020     CENTER FOR DISABILITY ACCESS

              By:     /s/ Amanda Seabock
                      Amanda Seabock
                      Attorneys for Plaintiff


6  Dated: October 08, 2020     THE VONS COMPANIES, INC.




              By:     /s/ Theodore K. Bell
                      Theodore K. Bell
                      Attorneys for Defendant
                      The Vons Companies, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Theodore K. Bell, counsel for The Vons Companies, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 08, 2020        CENTER FOR DISABILITY ACCESS

                                 By:   /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff